UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| *Plaintiff,* § | | |
| § | | |
| vs. § | CIVIL ACTION NO.   5:24-CV-00085 | |
| § | | |
| 100.000 ACRES OF LAND, MORE OR § | | |
| LESS, SITUATE IN WEBB COUNTY, § | | |
| STATE OF TEXAS; AND HARRY DAVID § | | |
| SCHWARZ, III, *et al.*, § | | |
| *Defendants.* § | | |

## COMPLAINT IN CONDEMNATION

1. This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Assistant Commissioner, Office of Facilities and Asset Management, Enterprise Services, U.S. Customs and Border Projection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3. The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4. The public purpose for which said interest in property is taken is set forth in Schedule "B."

5. The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6. The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7. The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8. The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**ALAMDAR S. HAMDANI**
United States Attorney
Southern District of Texas

By:   *s/ Baltazar Salazar*
**BALTAZAR SALAZAR**
Assistant United States Attorney
Attorney-in-Charge for Plaintiff
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 983-6057
Fax: (956) 548-2775
E-mail: Baltazar.Salazar@usdoj.gov

"S/" Barbara Falcon
**BARBARA FALCON**
Assistant United States Attorney
Co-Counsel for Plaintiff
State Bar I.D. #24121619
Fed. Adm. #3826184
11204 McPherson Road Suite 100A
Laredo, TX 78045
Tel.: (956) 723-6523
Email: barbara.falcon@usdoj.gov