# SCHEDULE A

## SCHEDULE A

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 15, 2022, as Public Law 117-103, div F, tit. I, 136 Stat. 49, 312-313, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain a Border Patrol Joint Processing Center and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C
## LEGAL DESCRIPTION
Webb County, Texas

Tract: LRD-MRK-0001
Owner: Harry David Schwarz, III, *et al.*
Acres: 100.000

**BEING** a 100.000-acre tract (4,355,982 square feet) parcel of land, more or less, being out of a called 640.3163-acre tract, recorded in Document No. 1287676, Official Records of Webb County (O.R.W.C.), Texas, conveyed to Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, Meredith Emily Rottersmann; H.D. Schwarz Family Trust, Trustee Edis M. Schwarz, Roger J. Schwarz, Natalie Schwarz and Harry D. Schwarz, III, said tract being a part of Survey 2090, M.R. de Marulanda, Abstract 777, and Survey 2092, M.R. de Marulanda, Abstract 776, Webb County, Texas, said 100.000-acre tract (4,355,982 square feet) parcel of land being more particularly described as follows;

**BEGINNING:** at a found 5/8" rebar with 3" aluminum cap "TXDOT" designated as "LRD-MRK-0001-1", said point having a coordinate value of N=17040278.076, E=676325.753, said point being the southeast corner of said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, said point being the northeast corner of that part of a called 1426.74-acre tract, recorded in Document No. 823572, Official Records of Webb County (O.R.W.C.), Texas, conveyed to South Webb County, LTD. lying between S.H. 20 (Cuatro Vientos Road) and U.S. 83 (Zapata Highway), said point being on the south line of Survey 2092, M.R. de Marulanda, Abstract 776, the north line of Porcion 41 and on the west right of way line of SH 20 (Cuatro Vientos Road), said point also being the southeast corner of the herein described proposed acquisition tract, said point also being S 0°06'15" W, a distance of 772.54 feet from United States Corps of Engineers Control Point No. "BNF-W-12" ("B&F Engineering, Inc." aluminum cap);

**THENCE:** S 89°25'54" W, departing said west right of way line and along an east-west fence line, the south line of said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, the north line of said South Webb County, LTD. tract, the south line of said Survey 2092, M.R. de Marulanda, Abstract 776 and the north line of said Porcion 41, a distance of 1540.84 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped

**SCHEDULE C Cont.**

"LRD-MRK-0001-2", said point being the southwest corner of the herein described proposed acquisition tract;

**THENCE:** N 00°25'32" W, departing the south line of said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, the north line of said South Webb County, LTD. tract, the south line of said Survey 2092, M.R. de Marulanda, Abstract 776 and the north line of said Porcion 41, over and across said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, a distance of 566.92 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "LRDMRK-0001-2A" for a point on tangent;

**THENCE:** N 00°25'32" W, over and across said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, a distance of 566.92 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "LRD-MRK-0001-2B" for a point on tangent;

**THENCE:** N 00°25'32" W, over and across said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, a distance of 566.92 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "LRD-MRK-0001-2C" for a point on tangent;

**THENCE:** N 00°25'32" W, over and across said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, a distance of 566.91 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "LRD-MRK-0001-3", said point being the northwesterly corner of the herein described proposed acquisition tract;

**THENCE:** N 50°06'33" E, over and across said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, a distance of 429.03 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "LRD-MRK-0001-3A" for a point on tangent;

**THENCE:** N 50°06'33" E, over and across said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, a distance of 429.03 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "LRD-MRK-0001-4" for the northwest corner of the herein described proposed acquisition tract, said point also being on the north line of said Lois S.

**SCHEDULE C Cont.**

Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, the north line of Survey 2090, M.R. de Marulanda, Abstract 777, the south line of Porcion 39 and the south line of a called 166.20-acre tract, recorded in Document No. 1032374, Official Records of Webb County (O.R.W.C.), Texas, conveyed to New Lake Investments, LTD.;

**THENCE:** N 89°33'14" E, along an east – west fence, the north line of said Lois S. Rottersmann Trust, Trustee Sherry R. Lewis, et al. tract, the north line of said Survey 2090, M.R. de Marulanda, Abstract 777, the south line of Porcion 39 and the south line of said New Lake Investments, LTD. tract, a distance of 996.59 feet to a found 5/8" rebar with 3" aluminum cap (illegible) designated as "LRD-MRK-0001-5" for the northeast corner of the herein described proposed acquisition tract, said point being on the west right of way line of SH 20 (Cuatro Vientos Road);

**THENCE:** along a curve to the right and said right-of-way line, having a radius of 2739.79 feet, an arc length of 357.06 feet, a delta angle of 07°28'01" and having a chord bearing of S 04°16'59" E, a chord distance of 356.81 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "LRD-MRK-0001-6";

**THENCE:** S 00°24'06" E, along said right of way line, a distance of 8.65 feet to a found 5/8" rebar with yellow plastic cap "Howland Surveying" designated as "LRD-MRK-0001-7";

**THENCE:** S 13°29'19" W, along said right of way line, a distance of 309.12 feet to a found 5/8" rebar with yellow plastic cap "Howland Surveying" designated as "LRD-MRK-0001-8";

**THENCE:** S 00°33'13" E, along said right of way line, a distance of 1349.85 feet to a found 5/8" rebar with yellow plastic cap "Howland Surveying" designated as "LRD-MRK-0001-9";

**THENCE:** S 89°14'37" W, along said right of way line, a distance of 19.95 feet to a found 5/8" rebar with yellow plastic cap "Howland Surveying" designated as "LRD-MRK-0001-10";

**SCHEDULE C Cont.**

**THENCE:** S 00°32'54" E, along said right of way line, a distance of 216.09 feet to a found 5/8" rebar with yellow plastic cap "Howland Surveying" designated as "LRD-MRK-0001-11" for a point of curvature;

**THENCE:** along a curve to the right and said right-of-way line, having a radius of 2326.48 feet, an arc length of 396.34 feet, a delta angle of 09°45'39" and having a chord bearing of S 04°19'36" W, a chord distance of 395.86 feet to a found 5/8" rebar with yellow plastic cap "Howland Surveying" designated as "LRD-MRK-0001-12";

**THENCE:** S 80°09'52" E, along said right of way line, a distance of 19.98 feet to a found 5/8" rebar with yellow plastic cap "Howland Surveying" designated as "LRD-MRK-0001-13" for a point of curvature;

**THENCE:** along a curve to the right and said right-of-way line, having a radius of 2346.47 feet, an arc length of 184.82 feet, a delta angle of 04°30'46" and having a chord bearing of S 11°31'17" W, a distance of 184.77 feet to the **POINT OF BEGINNING** and containing 100.000-acre tract (4,355,982 square feet) parcel of land, more or less.

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane coordinate system, south zone grid (SPC 4205) NAD'83. Values may be converted to ground values using a scale factor of 1.000040000.

# SCHEDULE D

## SCHEDULE D
### MAP or PLAT
### LAND TO BE CONDEMNED



Tract:  LRT-LRD-MRK-0001
Owner:  Harry David Schwarz, III, *et al.*
Acres:  100.000

# SCHEDULE E

# SCHEDULE E
## ESTATE TAKEN

Webb County, Texas

Tract: LRD-MRK-0001
Owner: Harry David Schwarz, III, *et al.*
Acres: 100.000

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the facility.

# SCHEDULE F

## **SCHEDULE F**
### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE MILLION FIVE HUNDRED THOUSAND AND NO/100 DOLLARS ($1,500,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G
### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Harry David Schwarz, III <br><br> Brenham, TX 77833 | **LRD-MRK-0001** <br> Successor Trustee's Distribution Deed, Document 1994-534916, Vol. 270, Page 502, Deed Records of Webb County, TX; <br><br> Trust Termination and Distribution Deed, Document 2016-1281804, Vol. 4146, Page 728, Deed Records of Webb County, TX; <br><br> Trust Termination and Distribution Deed, Document 2017-1285124, Vol. 4166, Page 425, Deed Records of Webb County, TX |
| Roger Joseph Schwarz <br><br> Laredo, TX 78043 | **LRD-MRK-0001** <br> Successor Trustee's Distribution Deed, Document 1994-534914, Book 270, Page 486, Deed Records of Webb County, TX; <br><br> Trust Termination and Distribution Deed, Document 2016-1281804, Vol. 4146, Page 728, Deed Records of Webb County, TX; <br><br> Trust Termination and Distribution Deed, Document 2017-1285124, Vol. 4166, Page 425, Deed Records of Webb County, TX |

| | |
|---|---|
| Natalie C. Schwarz<br><br>Houston, TX 77098 | **LRD-MRK-0001**<br>Successor Trustee's Distribution Deed, Document 1994-534915, Book 270, Page 494, Deed Records of Webb County, TX;<br><br>Quit Claim Deed, Document 1996-589077, Vol. 1641, Page 823, Deed Records of Webb County, TX;<br><br>Trust Termination and Distribution Deed, Document 2016-1281804, Vol. 4146, Page 728, Deed Records of Webb County, TX;<br><br>Trust Termination and Distribution Deed, Document 2017-1285124, Vol. 4166, Page 425, Deed Records of Webb County, TX;<br><br>Surface Deed, Document 2022-147284, Book 5305, Page 406, Deed Records of Webb County, TX; Surface Deed, Document 2021-1443611, Vol. 5120, Page 590, Deed Records of Webb County, TX |
| Hirsch Investments, Ltd.,<br>a Texas Limited Partnership<br>c/o Registered Agent, Sherry R. Lewis<br>99 North Post Oak Lane, No. 6207<br>Houston, TX 77024 | **LRD-MRK-0001**<br>Special Warranty Deed, Document 2017-1297136, Vol. 4236, Page 271, Deed Records of Webb County, TX |
| Meredith E. Mackenzie a/k/a<br>Meredith Emily Rottersmann<br><br>Longmont, CO 80503 | **LRD-MRK-0001**<br>Executor's Distribution Deed, Document 2022-1476845, Vol. 5329, Page 728, Deed Records of Webb County, TX;<br><br>Deed without Warranty, Document 2003-816824, Vol. 1494, Page 542, Deed Records of Webb County, TX |
| | |

| | |
|---|---|
| Charles D. Rottersmann Trust<br>c/o Meredith E. Mackenzie, Trustee,<br><br>Longmont, CO 80503 | **LRD-MRK-0001**<br>Executor's Distribution Deed, Document 2022-1476845, Vol. 5329, Page 728, Deed Records of Webb County, TX |
| Stratton Rottersmann<br><br>Longmont, CO 80503<br><br>or<br><br><br>Jamaica Plain, MA 02130 | **LRD-MRK-0001**<br>Executor's Distribution Deed, Document 2022-1476845, Vol. 5329, Page 728, Deed Records of Webb County, TX |
| Randolph H. Lewis<br><br>Westfield, NJ 07090 | **LRD-MRK-0001**<br>Executor's Distribution Deed, Document 2022-1476845, Vol. 5329, Page 728, Deed Records of Webb County, TX |
| Terrence Lewis Trust<br>c/o Randolph H. Lewis, Trustee,<br><br>Westfield, NJ 07090 | **LRD-MRK-0001**<br>Executor's Distribution Deed, Document 2022-1476845, Vol. 5329, Page 728, Deed Records of Webb County, TX |
| Patricia A. Barrera,<br>Webb County Tax Assessor-Collector<br>1110 Victoria St., Suite 107<br>Laredo, TX 78040 | **LRD-MRK-0001**<br>Appraisal Dist. No. 439253<br>Geographic No. 900-07761-003<br>Appraisal Dist. No. 439225<br>Geographic No. 900-07771-003 |
| Angelita Hernandez<br><br>Laredo, Texas 78046 | **LRD-MRK-0001**<br>Existing Tenant/Lessee<br>Grazing Lease Agreement |